ceedings were before it. United States ex rel. Bent v. Laird, 453 F.2d 625 (3d Cir. 1971), and Cale v. Volatile, 465 F.2d 1110 (3d Cir. 1972).

Accordingly, the judgment of the district court will be vacated and the proceedings remanded for reconsideration.

BY THE COURT:

Ordered:

The appeal is dismissed as not being taken from a final judgment, 28 U.S.C., § 1291, nor an appealable interlocutory decision, 28 U.S.C., § 1292.

Appeal dismissed.

**DEVCON INTERNATIONAL CORPORATION, formerly Zinke-Smith, Inc., Plaintiff-Appellee,**

v.

**CHASE MANHATTAN BANK and H. J. Gray Corporation, Defendants,**

**George Feldman, as Trustee for Leasing Consultants Incorporated, Bankrupt, Defendants-Appellants.**

No. 72-2627

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Nov. 7, 1972.

John L. Britton, Miami, Fla., Hahn, Hessen, Margolis & Ryan, New York City, for defendants-appellants.

Aaron S. Podhurst, Robert Orseck, Miami, Fla., for plaintiff-appellee.

Robert F. Travia, New York City, William Phillips, Miami, Fla., for Chase Manhattan Bank.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

**Edward JOHNSON, Petitioner-Appellant,**

v.

**Leroy STYNCHCOMBE, Sheriff of Fulton County, Respondent-Appellee.**

No. 71-3241

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Nov. 24, 1972.

Glenn Zell, Atlanta, Ga. (Court-appointed), for petitioner-appellant.

Lewis R. Slaton, Dist. Atty., Carter Goode, Joel M. Feldman, Atlanta, Ga., for respondent-appellee.

Before WISDOM, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

Johnson was convicted of murder and sentenced to death by a Georgia state court. The District Court denied his petition for habeas corpus relief. We re-

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.